**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

December 28, 2006

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas 72702

                **Re: THOMPSON, Ali Jermaine**
                **Dkt. No. 5:06CR50045-001**
                **VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the Court's guidance on the above-mentioned case. As you may recall, Mr. Thompson entered a guilty plea, before Your Honor, on December 14, 2006. Mr. Thompson was released to Pretrial Services supervision, awaiting sentencing in this case with the following conditions: $2,500 signature bond, travel restricted to Washington County, submit to drug testing, and participate in drug counseling if deemed necessary. The defendant's term of supervision commenced on August 29, 2006.

On November 29, 2006, a urine specimen was collected in response to the defendant's condition of drug testing. On December 16, 2006, Kroll Laboratories reported that the drug test was positive for marijuana metabolite. On December 22, 2006, the defendant reported to the probation office where he admitted that he had used marijuana. Mr. Thompson did not know the exact date of his marijuana use, but thought it was sometime in the middle of November.

Mr. Thompson has been counseled on his drug use and it is our intention to increase his drug testing. Mr. Thompson has been very cooperative during his time on supervision, with the exception of this positive drug test. It is respectfully recommended that Mr. Thompson be allowed to remain on his current bond. If further information is required, please let me know.

Please indicate if this course of action is appropriate.

Respectfully,

*Trent M. Thompson*
Trent M. Thompson
U.S. Probation Officer Assistant

Thompson, Ali
December 28, 2006
Page 2

Reviewed and Approved:

*[signature]*

William E. Dunn Jr.
Supervising U.S. Probation Officer

✓ Pursue Course of Action

____ Submit Petition for Viol. Hearing

____ Other _____

_____

_____

*[signature]* 1/4/07

Honorable Jimm Larry Hendren     Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 0 4 2007

CHRIS R. JOHNSON, CLERK
BY *[signature]*
DEPUTY CLERK