# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

April 30, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas 72702

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 7 2007

CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK

Re: **THOMPSON, Ali Jermaine**
Dkt. No. 5:06CR50045-001
**VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the Court's guidance on the above-mentioned case. Mr. Thompson was sentenced by Your Honor on April 12, 2007, to 51 months imprisonment, a 3 year term of supervised release, $2,000 fine, and $100 special assessment. Mr. Thompson was released on conditions that included drug testing pending a Bureau of Prisons (BOP) report date of May 3, 2007.

On April 26, 2007, a urine specimen was collected in response to the defendant's drug testing condition. On April 30, 2007, Kroll Laboratories reported that the urine specimen collected on April 26, 2007, was positive for marijuana metabolite.

As you may recall, Mr. Thompson has submitted three previous urine specimens that were positive for marijuana metabolite since he began pretrial supervision on August 29, 2006. Since Thompson is pending a report date to the BOP, it is believed he does not care about the conditions of his release. Due to the above facts, it is respectfully recommended that a warrant be issued and Mr. Thompson be taken into custody. If further information is needed or required, please let me know.

Respectfully,

_Trent M. Thompson_
Trent M. Thompson
U.S. Probation Officer Assistant

____ Issue a Warrant
✓ Allow Defendant to Report to BOP Custody on May 3, 2007
____ Other _____

Reviewed and Approved by:

_William E. Dunn Jr._
William E. Dunn Jr.
Supervising U.S. Probation Officer

Honorable Jimm Larry Hendren
Chief U.S. District Judge

5/7/07
Date